FIL_

05 APR 25

ROBERT R. DI
CLERK, U.S. DI  ST.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR INDEPENDENT LIVING, | |
| Plaintiff, | |
| v. | Case No. 01-2069 D/Pha |
| RICHARD AND MILTON GRANT CO., et al., | |
| Defendants, | |
| and | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| RICHARD AND MILTON GRANT CO., et al., | |
| Defendants. | |

## ORDER GRANTING EXTENSION OF TIME FOR 30(b)(6) DEPOSITION

This Court has considered the unopposed motion of Defendants Richard and Milton Grant Co., J. Richard Grant, and Milton C. Grant (the "Grant Defendants") for modification of Magistrate Judge Tu M. Pham's March 18, 2005 order allowing the United States until May 9, 2005 to depose Defendants regarding their net worth. The Grant Defendants have filed a protective order pursuant to Fed. R. Civ. Pro. 26(c), and the United States' opposition thereto. To allow for complete briefing and consideration of the motion for protective order, the unopposed motion of the Grant Defendants to extend the May 9, 2005 deadline for net worth depositions is hereby GRANTED. In the event the Grant Defendants motion for protective order is denied, the United States may

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___4-28-05___

579

proceed with the noticed Rule 30(b)(6) deposition at a mutually convenient date to be determined by the parties.

SO ORDERED this 25 day of April, 2005.

JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Proposed Order prepared by:

Theresa L. Kitay
Coughlin & Kitay, P.C.
7742 Spalding Drive
Suite 478
Norcross, GA 30092
(310) 578-9134
fax (770) 454-0126

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 579 in case 2:01-CV-02069 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Dawn Davis Carson
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Deborah A. Gitin
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Jeffrey D. Keiner
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

John S. Richbourg
SISKIND & SUSSER
5400 Poplar Ave.
Ste. 300
Memphis, TN 38117

Joel E. Roberts
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

David Rodney Scruggs
MEMPHIS AREA LEGAL SERVICES
109 N. Main Street
Ste. 201
Memphis, TN 38103--501

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jeanine M. Worden
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Honorable Bernice Donald
US DISTRICT COURT