# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 12:43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MEMPHIS CENTER FOR INDEPENDENT LIVING,

    Plaintiff,

v.                                                          Case No. 01-2069 D

RICHARD AND MILTON GRANT CO., et al.,

    Defendants,

and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

RICHARD AND MILTON GRANT CO., et al.,

    Defendants.
    Defendant/Counter-Plaintiff.

---

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING INTERLOCUTORY APPEAL (dkt. # 531)

---

Before the Court is the motion of the United States ("Plaintiff") for reconsideration of the Order Granting Defendants' Motion to Stay Proceedings Pending Interlocutory Appeal. On November 4, 2004, the United States Court of Appeals for the Sixth Circuit denied Defendants' petition for permission to appeal. The matter is, therefore, no longer stayed. Accordingly, the Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

585

denies Plaintiff's motion for reconsideration as moot.

**IT IS SO ORDERED** this _____3/81_____ day of May, 2005.

*/s/ Bernice B. Donald*

**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 585 in case 2:01-CV-02069 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jeanine M. Worden
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Rodney Scruggs
MEMPHIS AREA LEGAL SERVICES
109 N. Main Street
Ste. 201
Memphis, TN 38103--501

Joel E. Roberts
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Dawn Davis Carson
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Jeffrey D. Keiner
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

John S. Richbourg
SISKIND & SUSSER
5400 Poplar Ave.
Ste. 300
Memphis, TN 38117

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Deborah A. Gitin
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT