**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _vg_ D.C.

05 OCT 17 PM 2: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MEMPHIS CENTER FOR INDEPENDENT LIVING,

    Plaintiff,

v.

RICHARD AND MILTON GRANT CO., et al.,

    Defendants,

    and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

RICHARD AND MILTON GRANT CO., et al.,

    Defendants.

Case No. 01-2069 D/Pha

### ORDER

For good cause shown, the Grant Defendants' Motion for an Enlargement of Time to Respond to Plaintiff United States' Motion for an Order Rejecting Grant Defendants' Plan for Accessible Routes is hereby GRANTED. The Grant Defendants shall have until and including November 1, 2005 to file their response to this motion.

So ORDERED this 17ᵗʰ day of _October_ , 2005.

Bernice B. Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-18-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 602 in
case 2:01-CV-02069 was distributed by fax, mail, or direct printing on
October 18, 2005 to the parties listed.

---

Jeanine M. Worden
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Rodney Scruggs
MEMPHIS AREA LEGAL SERVICES
109 N. Main Street
Ste. 201
Memphis, TN 38103--501

Joel E. Roberts
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

John S. Richbourg
SISKIND & SUSSER
5400 Poplar Ave.
Ste. 300
Memphis, TN 38117

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Theresa L. Kitay
COUGHLIN KITAY & EDELSTEIN, P.C.
4750 Lincoln Blvd.
Ste. 483
Marina del Rey, CA 90292

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Jeffrey D. Keiner
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Deborah A. Gitin
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Dawn Davis Carson
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT